UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------x
LOGISTICS ONE WAREHOUSING, INC.,

            Plaintiff,

         -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

            Defendant.
------------------------------------x

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)

Civil Action No.: 1:11-CV-0508
(LEK/DRH)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice but without costs against the defendant, Westchester Fire Insurance Company, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 23, 2012
       Albany, New York

DRIVER GREENE, LLP

_____
John D. Hoggan, Jr., Esq.
Attorneys for Plaintiff
90 State Street
Albany, New York 12207
Telephone: (518) 472-0440
Facsimile: (518) 472-0456

COZEN O'CONNOR, P.C.

_____
Thomas McKay, III, Esq.
Attorneys for Defendant
457 Haddonfield Road, Suite 300
Cherry Hill, New Jersey 08002
Telephone: (856) 910-5012
Facsimile: (877) 259-7983

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated: May 03, 2012
      Albany, NY

CHERRY_HILL\665741\2 283714.000